| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 3:04CR30021-003 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 4:23-00035-01-CR-W-DGK |

| NAME OF PERSON UNDER SUPERVISION: David George Foote | DISTRICT SOUTH DAKOTA | DIVISION CENTRAL | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE Charles B. Kornmann, United States District Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/23/2022 | TO 11/22/2025 |

OFFENSE
CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE 21:846=CD.F

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DIVISION OF THE DISTRICT OF SOUTH DAKOTA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Missouri upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2-3-23
*Date*

*[signature]*
Charles B. Kornmann, United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/9/23
*Effective Date*

/s/ Greg Kays
*United States District Judge*